FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

## SUPREME COURT CASE NO. DA 19-0533

NATIONAL INDEMNITY COMPANY,

      Plaintiff/Appellant/Cross-Appellee,

  *vs.*

STATE OF MONTANA,

      Defendant/Appellee/Cross-Appellant,

*and*

TERRY JELLESED, et al.,

      Intervenors.

---

**ORDER GRANTING APPELLEE/CROSS-APPELLANT STATE OF MONTANA'S UNOPPOSED MOTION FOR EXTENSION OF TIME OF SEVEN (7) DAYS TO FILE ANSWER AND CROSS-APPEAL BRIEF**

---

Upon consideration of Appellee/Cross-Appellant State of Montana's Unopposed Motion for Extension of Time of Seven (7) days to File Answer and Cross-Appeal Brief, for good cause, and there being no objection, Appellee/Cross-Appellant State of Montana is granted an extension of time of seven (7) days to file and serve its Answer and Cross-Appeal Brief on or before May 8, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020